DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HADAD CONSULTING, LLC,**
Appellant,

v.

**URBAN FARMERS, INC., TERRY BOOTY,** and
**EIGHTH AVENUE PARTNERS, LLC,**
Appellees.

No. 4D21-797

[April 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE17-019215.

Robert A. Stok and Brian H. McGuire of Stok Kon + Braverman, Fort Lauderdale, for appellant.

Detra Shaw-Wilder of Kozyak Tropin & Throckmorton LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***